FILED
2017 NOV 13 P 5:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

ROP/XOC November 2017
By Information

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 7:17-CR-504-VEH-JEO |
| | ) |
| JESSE BAILEY | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### 18 U.S.C. § 2243(b)
### Abusive Sexual Contact with a Ward

In or around January 2016, in Pickens County, within the Northern District of Alabama, and within the boundaries of the Federal Correctional Institution at Aliceville, Alabama, a federal prison under the direction of the Bureau of Prisons, the defendant,

### JESSE BAILEY

did willfully and knowingly engage in a sexual act with H.G., an inmate at FCI Aliceville who was in official detention and who was under his custodial, supervisory, or disciplinary authority.

All in violation of Title 18 United States Code Section 2243(b).

## COUNT TWO
## False Statements
## 18 U.S.C. § 1001

That on or about August 18, 2016, at the Federal Correctional Facility at Aliceville, in Pickens County, within the Northern District of Alabama, the defendant,

**JESSE BAILEY,**

did willfully and knowingly make a false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely representing to an agent from the Federal Bureau of Investigation and an agent from the United States Department of Justice, Office of Inspector General that he had not made sexual contact with any prisoners of FCI Aliceville under his custody, care, and control, and that he had not communicated with any prisoners outside of authorized channels, including by email or via the telephone. The statements were false because, as the defendant, **JESSE BAILEY**, then and there knew, he had made sexual contact with an inmate and he had communicated with inmates via various email addresses and by using the telephone.

All in violation of Title 18 United States Code Section 1001.

Jay E. Town
United States Attorney

_____  11/13/17
Xavier O. Carter, Sr.
Assistant United States Attorney